BB
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| UNITED STATES OF AMERICA | Investigative – Filed Under Seal |
|---|---|
| v. | Case No.  26-mj-062 (ECW) |
| ABGIKADIR NOOR | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      ABGIKADIR NOOR,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment      ___ Superseding Indictment      ___ Information      ___ Superseding Information      _X_ Complaint

**Count 1**: On or about January 12, 2026, in the State and District of Minnesota, Defendant Abgikadir NOOR (YOB 2001), did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, namely, Victim 1, a Deportation Officer of the United States Immigration and Customs Enforcement, who was engaged in, and on account of, the performance of official duties, and such acts involved the use of a dangerous or deadly weapon in violation of Title 18, Sections 111(a)(1) and (b).

Date: January 23, 2026

*Issuing officer's signature*

City and State:  St. Paul, MN

Elizabeth Cowan Wright
United States Magistrate Judge
*Printed Name and Title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*