UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-062 (ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) AMENDED ORDER GRANTING<br>) UNITED STATES'S PETITION TO<br>) SEAL DOCUMENTS |
| v. | ) |
| ABDIKADIR NOOR, | ) |
| Defendant. | ) |

This matter is before the Court on the United States's Petition to Seal Documents in the above-captioned matter. Based on all the records, files, and proceedings before the Court, the Court being otherwise fully informed of the premises, and good cause having been shown, **IT IS HEREBY ORDERED THAT:**

1. The United States's petition to seal documents is **GRANTED;**

2. All documents filed in the above-captioned matter, including the Complaint, Arrest Warrant, the Affidavit of Richard Berger in support thereof, and the United States's Petition to Seal, shall remain sealed until July 20, 2026, or a later date if so granted by a further Order of this Court.

Dated: 2/4/2026

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA