UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-62 (NEB/DTS)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ABDIKADIR NOOR,

      Defendant.

**ORDER FOR CORRECTION**

This matter is before the Court on the Government's Motion for Correction in the above-referenced matter.

NOW, THEREFORE, IT IS HEREBY ORDERED, upon good cause shown, that the government's motion is granted and is hereby corrected. The Clerk of Court is directed to remove Assistant United States Attorney Matthew D. Evans from the docket, including the case caption and all docket entries, in the above-reference matter.

February 5, 2026      *s/David T. Schultz*
Dated      DAVID T. SCHULTZ
      UNITED STATES MAGISTRATE JUDGE