UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-00062 (NEB/LIB)

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                            **MOTION FOR CORRECTION**

ABGIKADIR NOOR,

        Defendant.

The government has identified and now moves to correct a scrivener's error in the indictment. The proper spelling of the defendant's name is "Abdikadir Noor". Please amend the name of the defendant in Criminal Case No. 25-mj-62 to "Abdikadir Noor".

Dated: February 28, 2026             Respectfully submitted,

                                  DANIEL N. ROSEN
                                  United States Attorney

                                *s/Michael Hakes-Rodriguez*
BY:   MICHAEL HAKES-RODRIGUEZ
                                  Assistant U.S. Attorney