UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-62

UNITED STATES OF AMERICA,

      Plaintiff,

v.     **NOTICE OF SUBSTITUTION**

ABGIKADIR NOOR.,

      Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Michael Hakes-Rodriguez

<u>Remove AUSA</u>

Kristian Weir

Dated: March 6, 2026          Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/Kristian C. Weir*
BY:  KRISTIAN C. WEIR
Special Assistant U.S. Attorney