**ringstrom dekrey**

CRIMINAL | CIVIL RIGHTS | EMPLOYMENT

July 29, 2026

The Honorable Nancy E. Brasel
U.S. District Judge | District of Minnesota
300 South Fourth Street
Minneapolis, MN  55415

Re:  *United States v. Noor*, 26-mj-62 (NEB/LIB)
     Request for Jury Trial

Judge Brasel:

On behalf of Abdikadir Noor, I write with the following updates:

1)  Mr. Noor has decided he no longer wishes to enter into a plea agreement with the government and, instead, wishes to proceed to trial.

2)  After conferring with the government and court administration, the parties have agreed to a December 7, 2026 trial date.

3)  The trial is currently set to take place in Fergus Falls, but my plan is to confer with the government to see if we can agree instead to have it take place in Minneapolis. I will keep the Court updated if this occurs.

4)  Subsequent to discussing the matter with me and having his questions answered, Mr. Noor waives his Speedy Trial Act rights related to moving his trial to December 7, 2026.

If the Court needs anything else from me at this time, please let me know.

Respectfully submitted,

Dane DeKrey
Counsel for Abdi Noor

MOORHEAD (218) 284-0484 | DETROIT LAKES (218) 847-3994 | FARGO (701) 532-0967
P.O. BOX 853, 814 CENTER AVE – SUITE 5, MOORHEAD, MN 56560-0853