UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ABDIKADIR NOOR,
aka Abgikadir Noor,

      Defendant.

Case No. 26-mj-62 (1) (NEB/LIB)

**ORDER FOR EXCLUSION OF TIME
UNDER THE SPEEDY TRIAL ACT**

---

Defendant Noor is scheduled for a change of plea hearing on August 17, 2026. A letter was filed (ECF No. 48) on July 29, 2026 indicating the defendant charged by a Misdemeanor Information on February 11, 2026 has decided he no longer wishes to change his plea and wants to proceed to trial. Defendant has a right to proceed to trial and so the Court hereby cancels the change of plea hearing scheduled for August 17, 2026 and sets this for trial on December 7, 2026. A trial notice shall be filed outlining the trial document submission deadlines.

After discussions with the parties, which includes time for both parties to prepare for trial, the parties and Court determined that this case shall be set for trial on December 7, 2026 at 9:00 a.m. in the Fergus Falls Courthouse.

Given this date is outside the speedy trial deadlines the Court makes the following findings  under 18 U.S.C. Section 3161(h)(7)A): The Court finds that the ends of justice

are served by the continuance, specifically to allow all parties to prepare for trial. The Court shall exclude the time from July 31, 2026 to December 7, 2026 under the Speedy Trial Act, because granting the additional requested time outweighs the best interest of the public and of the defendant in a speedy trial. In so ruling, the Court has considered the facts listed under 18 U.S.C. Section 3161(h)(7). A date-certain trial order shall be filed.

Dated: July 31, 2026                          s/Nancy E. Brasel
                                              NANCY E. BRASEL
                                              United States District Court Judge