# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Criminal No. 26-mj-62 (NEB/LIB)**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Abdikadir Noor,<br><br>Defendant. | **Stipulation to Move Jury Panel and Jury Trial** |

This case is set for trial beginning December 7, 2026, in the 6th Division of Minnesota. The parties, through their undersigned counsel, respectfully stipulate to move the jury pool and jury trial from the 6th division to the 3rd and 4th division, holding trial in Minneapolis/St. Paul.

Dated this 30 day of September, 2026.

Nicholas R Grey
Nicholas Grey(#SD 3813)
Special Assistant U.S. Attorney
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55105
(619)-800-4739
Nicholas.grey@usdoj.gov

Dated this 30th day of September, 2026.

Dane DeKrey (#0397334)
**RINGSTROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN 56560
(218) 284-0484
dane@ringstromdekrey.com